# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. SUSAN KOUPE, an individual, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>1. TRIAD RETIREMENT, LLC d/b/a )<br>COUNTRY CLUB OF WOODLAND )<br>HILLS, a domestic corporation, )<br>)<br>Defendant. ) | Case No. 17-CV-588-CVE-FHM |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, Susan Koupe, and Defendant, Triad Retirement, L.L.C. d/b/a Country Club of Woodland Hills, hereby stipulate that this action shall be dismissed with prejudice as to all claims against Defendant. Each party is to bear its own costs and attorney's fees.

Respectfully submitted,

**ARMSTRONG & VAUGHT, P.L.C.**

By: *Charles C. Vaught*

**Charles C. Vaught, OBA #19962**
2727 East 21st Street, Suite 505
Tulsa, OK 74114
(918) 582-2500 – *telephone*
(918) 583-1755 – *facsimile*
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 3, 2018 I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

J. Patrick Cremin

                                                                     Charles C. Vaught